*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

NORTH SHORE INJURY CENTER, INC, EXCELLENT PAIN CONSULTANTS, INC, and RED WINGS MEDICAL TRANSPORTATION, LLC,

        Plaintiffs-Appellees,

and

NORTHLAND RADIOLOGY, INC,

        Intervening Plaintiff,

v

HOME-OWNERS INSURANCE COMPANY,

        Defendant-Appellant.

UNPUBLISHED
March 4, 2021

No. 350750
Oakland Circuit Court
LC No. 2016-153794-NF

Before: LETICA, P.J., and GLEICHER and O'BRIEN, JJ.

LETICA, P.J., (*concurring*).

Bound by *Jawad A Shah, MD, PC v State Farm Mut Auto Ins Co*, 324 Mich App 182; 920 NW2d 148 (2018), I concur in the result.

/s/ Anica Letica

-1-